# United States Court of Appeals

## For the First Circuit

No. 05-2248

EFRÁIN PALMA-MAZARIEGOS,

Petitioner,

v.

PETER D. KEISLER,[*] ACTING ATTORNEY GENERAL,

Respondent.

ERRATA

The opinion of this court issued on October 2, 2007, is amended as follows:

On page 5, line 14, replace "liability" with "liabilities".

---

[*]Pursuant to Fed. R. App. P. 43(c)(2), Acting Attorney General Peter D. Keisler is substituted for former Attorney General Alberto R. Gonzales as respondent.